**E-FILED on May 1, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MK BALLISTICS SYSTEMS and MICHAEL KEITH,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM SIMPSON, JOHN SARSFIELD, and COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. C-07-00688-RMW<br><br>ORDER REQUESTING JOINT STATUS REPORT |

On July 9, 2007 the court granted in part and denied in part defendants' motion to dismiss and stayed this action pending the resolution of the underlying case in San Benito Superior Court. The court requests that the parties file a joint status report regarding this matter by May 30, 2008, informing it as to the current status of the underlying action and what, if any, proceedings may be appropriate in this court.

Dated: April 30, 2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Order Requesting Joint Status Report
Case No. C-07-00688-RMW
MAG/JC

**Notice of this documents has been electronically sent to:**

**Counsel for Plaintiff:**

William L. Marder          bill@polarislawgroup.com

**Counsel for Defendants:**

Stephan A. Barber          sbarber@ropers.com
Nancy M. Battel            nancy@battlelaw.com
Christian B. Nielsen       cbn@robinsonwood.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program

Dated: <u>May 1, 2008</u> /s/ JC
       **Chambers of Judge Whyte**

Order Requesting Joint Status Report
Case No. C-07-00688-RMW
MAG/JC

2