**E-FILED on** __10/22/08__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MK BALLISTICS SYSTEMS and MICHAEL KEITH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM SIMPSON, JOHN SARSFIELD, and COUNTY OF SAN BENITO, et al.<br><br>　　　　Defendants. | No. C-07-00688 RMW<br><br><br>ORDER VACATING HEARING DATE |

　　Defendant John Sarsfield's motion to dismiss presently set for hearing on October 31, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of October 31, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:　　__10/22/08__　　　　　　　　　／s／ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER VACATING HEARING DATE—No. C-07-00688 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Nancy M. Battel            nancy@battelaw.com
Christian Bayard Nielsen   cbn@robinsonwood.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff:**

Michael Keith
P.O. Box 1097
Hollister, CA 96023

**Dated:**     10/22/08                    JAS
                                           **Chambers of Judge Whyte**

United States District Court
For the Northern District of California