**E-FILED on**    11/13/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MK BALLISTIC SYSTEMS and MICHAEL KEITH,<br><br>      Plaintiffs,<br><br>  v.<br><br>WILLIAM SIMPSON, in his individual capacity, JOHN SARSFIELD in his individual capacity, and DOES 1 through 10, inclusive,<br><br>      Defendants. | No. 5:07-cv-00688 RMW<br><br><br>ORDER |

    In his late-filed opposition to the motion to dismiss, Plaintiff Michael Keith has raised the possibility that he did not receive service of the defendants' motion to dismiss because of an error in the zip code.  Therefore, defendants may file a reply to plaintiffs' opposition by November 14, 2008. Additionally, if defendants feel that service on the motion to dismiss was adequate, they can so argue in their reply.

DATED:     11/08/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER —No. 5:07-cv-00688 RMW
ANK

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Michael A. Keith                              Michael_keith15@yahoo.com

**Counsel for Defendants:**

Hugh F. Lennon                                hfl@robinsonwood.com

Nancy M. Battel                               nancy@battelaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**          11/13/08                                             JAS

                                                                **Chambers of Judge Whyte**

ORDER —No. 5:07-cv-00688 RMW
ANK                                          2