**E-FILED on**    1/9/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MK BALLISTIC SYSTEMS and MICHAEL KEITH,<br><br>      Plaintiffs,<br><br>  v.<br><br>WILLIAM SIMPSON, in his individual capacity, JOHN SARSFIELD in his individual capacity, and DOES 1 through 10, inclusive,<br><br>      Defendants. | No. 07-C-00688 RMW<br><br><br><br>Judgment |

On Janurary 8, 2009, the court entered its order dismissing this action. Therefore,

    IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:       1/9/09                        *Ronald M Whyte*

                                                                                                         RONALD M. WHYTE<br>
                                                                                                         United States District Judge

**Notice of this document has been electronically sent to:**

**Plaintiffs:**

Michael A. Keith							Michael_keith15@yahoo.com

**Counsel for Defendants:**

Hugh F. Lennon							hfl@robinsonwood.com
Nancy M. Battel							nancy@battlelaw.com
Christian Bayard Nielsen					cbn@robinsonwood.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**DATED:**           1/8/09                            JAS

				**Chambers of Judge Whyte**